AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 04 2015

ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MIGUEL RAFAEL BARAJAS | ) Case No: 1:13cr101LG-RHW-001 |
| a/k/a Miguel Angel Barajas-Soloriano | ) |
| | ) USM No: 17785-043 |
| Date of Original Judgment:        07/02/2014 | ) |
| Date of Previous Amended Judgment: | ) Mike Scott |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____07/02/2014____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___11/4/2015___

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

The Honorable Louis Guirola, Jr. Chief U.S. District Court Judge
*Printed name and title*